# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
GANTZ, CHRISTOPHER CARL § Case No. 13-22955
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/31/2013 . The undersigned trustee was appointed on 05/31/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      32,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 32,000.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 08/14/2014 and the deadline for filing governmental claims was 08/14/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,950.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,950.00 , for a total compensation of $ 3,950.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 60.95 , for total expenses of $ 60.95 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/04/2016        By:/s/Phillip D. Levey
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| | |                                         | | |
|---|---|---|---|---|
| Case No: | 13-22955 | JPC   Judge: JACQUELINE COX | Trustee Name: | Phillip D. Levey |
| Case Name: | GANTZ, CHRISTOPHER CARL | | Date Filed (f) or Converted (c): | 05/31/13 (f) |
| | | | 341(a) Meeting Date: | 07/26/13 |
| For Period Ending: | 05/04/16 | | Claims Bar Date: | 08/14/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 1320 Wendy Drive, Northbrook IL 60062  One-half interest in homestead property held in the form of a tenancy-by-the-entirety held jointly with debtor's wife, Mary Gantz. Debtor Claimed Exemption | 350,000.00 | 182,267.06 | | 0.00 | FA |
| 2. Cash  Location: 1320 Wendy Drive, Northbrook IL 60062  Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts  JPMChase  Debtor Claimed Exemption | 130.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts  Glenview State Bank  Debtor Claimed Exemption | 25.00 | 0.00 | | 0.00 | FA |
| 5. Financial Accounts  ING  Debtor Claimed Exemption | 35.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods  2011 MacBook Pro  Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods  2009 iMac  Debtor Claimed Exemption | 125.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods  2008 Sony TV  Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 9. Household Goods  misc. appliances and electronics | 250.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 13-22955 | JPC | Judge: JACQUELINE COX | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | GANTZ, CHRISTOPHER CARL | | | Date Filed (f) or Converted (c): | 05/31/13 (f) |
| | | | | 341(a) Meeting Date: | 07/26/13 |
| | | | | Claims Bar Date: | 08/14/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 10. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| furniture | | | | | |
| Debtor Claimed Exemption | | | | | |
| 11. Household Goods | 250.00 | 0.00 | | 0.00 | FA |
| tools | | | | | |
| Debtor Claimed Exemption | | | | | |
| 12. Books / Collectibles | 250.00 | 0.00 | | 0.00 | FA |
| books & art | | | | | |
| Debtor Claimed Exemption | | | | | |
| 13. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| clothing | | | | | |
| Debtor Claimed Exemption | | | | | |
| 14. Furs and Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| watch & wedding ring | | | | | |
| Debtor Claimed Exemption | | | | | |
| 15. Firearms and Hobby Equipment | 350.00 | 0.00 | | 0.00 | FA |
| camping & fishing equipment | | | | | |
| Debtor Claimed Exemption | | | | | |
| 16. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 47.5% S1 Audio LLC (defunct company) | | | | | |
| Debtor Claimed Exemption | | | | | |
| 17. Boats and Accessories | 250.00 | 0.00 | | 0.00 | FA |
| 1980 canoe | | | | | |
| Debtor Claimed Exemption | | | | | |
| 18. Office Equipment | 25.00 | 0.00 | | 0.00 | FA |
| printer & binder | | | | | |

Case 13-22955 Doc 32 Filed 05/26/16 Entered 05/26/16 10:09:40 Desc Main
Document Page 5 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit A

Case No: 13-22955 JPC Judge: JACQUELINE COX  Trustee Name: Phillip D. Levey
Case Name: GANTZ, CHRISTOPHER CARL  Date Filed (f) or Converted (c): 05/31/13 (f)
 341(a) Meeting Date: 07/26/13
 Claims Bar Date: 08/14/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption 19. Fraudulent Conveyance Claim Claim re debtor's pre-petition transfer of homestead property, co-owned with spouse, commonly known as 1320 Wendy Drive, Northbrook IL, into tenancy by entirety. | 0.00 | 32,000.00 | | 32,000.00 | FA |

 Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $354,640.00 $214,267.06 $32,000.00 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/15   Current Projected Date of Final Report (TFR): 11/30/15

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 13-22955 -JPC | |
| Case Name: | GANTZ, CHRISTOPHER CARL | |
| Taxpayer ID No: | *******3263 | |
| For Period Ending: | 05/04/16 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5166 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/04/16 | 19 | Christopher C. Gantz<br>1320 Wendy Drive<br>Northbrook, IL | SETTLEMENT | 1141-000 | 32,000.00 | | 32,000.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 32,000.00 | 0.00 | 32,000.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 32,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 32,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********5166 | 32,000.00 | 0.00 | 32,000.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 32,000.00 | 0.00 | 32,000.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  32,000.00  0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 04, 2016 |
|---|---|---|---|---|---|---|

Case Number: 13-22955  
Debtor Name: GANTZ, CHRISTOPHER CARL

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2200-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Administrative | | $60.95 | $0.00 | $60.95 |
| 001<br>2100-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Administrative | | $3,950.00 | $0.00 | $3,950.00 |
| 001<br>3110-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Administrative | | $11,115.00 | $0.00 | $11,115.00 |
| | Subtotal for Priority 001 | | | $15,125.95 | $0.00 | $15,125.95 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $5,912.13 | $0.00 | $5,912.13 |
| 000002<br>070<br>7100-00 | Ally Financial f/k/a GMAC<br>serviced by Ally Servicing LLC<br>PO Box 130424<br>Roseville, MN 55113-0004 | Unsecured | | $1,128.60 | $0.00 | $1,128.60 |
| 000003<br>070<br>7100-00 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | | $1,185.04 | $0.00 | $1,185.04 |
| 000004<br>070<br>7100-00 | American Express Centurion Bank<br>attorneys/agent for creditor<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $6,213.97 | $0.00 | $6,213.97 |
| 000005<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $550.80 | $0.00 | $550.80 |
| 000006<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1,568.03 | $0.00 | $1,568.03 |
| 000007<br>070<br>7100-00 | Marcial Villaverde<br>c/o The Prinz Law Firm PC<br>1 E Wacker Dr., Ste. 550<br>Chicago, IL 60601 | Unsecured | | $166,000.00 | $0.00 | $166,000.00 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: May 04, 2016 |
|---|---|---|---|---|---|---|

Case Number: 13-22955         Priority Sequence
Debtor Name: GANTZ, CHRISTOPHER CARL

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008<br>070<br>7100-00 | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE, NATIONAL ASSOCIATION(CAPITAL ONE BANK (USA),N.A.)<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $531.93 | $0.00 | $531.93 |
| 000009<br>070<br>7100-00 | Mary C. Gantz<br>1320 Wendy Drive<br>Northbrook, IL 60062 | Unsecured | | $0.00 | $0.00 | $0.00 |
| | Subtotal for Priority 070 | | | $183,090.50 | $0.00 | $183,090.50 |
| | Case Totals: | | | $198,216.45 | $0.00 | $198,216.45 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-22955
Case Name: GANTZ, CHRISTOPHER CARL
Trustee Name: Phillip D. Levey

Balance on hand                                                         $          32,000.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 3,950.00 | $ 0.00 | $ 3,950.00 |
| Trustee Expenses: Phillip D. Levey | $ 60.95 | $ 0.00 | $ 60.95 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 11,115.00 | $ 0.00 | $ 11,115.00 |

Total to be paid for chapter 7 administrative expenses            $          15,125.95

Remaining Balance                                                         $          16,874.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 183,090.50  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 5,912.13 | $ 0.00 | $ 544.88 |
| 000002 | Ally Financial f/k/a GMAC serviced by Ally Servicing LLC<br>PO Box 130424<br>Roseville, MN 55113-0004 | $ 1,128.60 | $ 0.00 | $ 104.01 |
| 000003 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | $ 1,185.04 | $ 0.00 | $ 109.22 |
| 000004 | American Express Centurion Bank<br>attorneys/agent for creditor<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 6,213.97 | $ 0.00 | $ 572.69 |
| 000005 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 550.80 | $ 0.00 | $ 50.76 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 1,568.03 | $ 0.00 | $ 144.51 |
| 000007 | Marcial Villaverde c/o The Prinz Law Firm PC 1 E Wacker Dr., Ste. 550 Chicago, IL 60601 | $ 166,000.00 | $ 0.00 | $ 15,298.95 |
| 000008 | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE, NATIONAL ASSOCIATION(CAPITAL ONE BANK (USA),N.A.) POB 41067 Norfolk VA 23541 | $ 531.93 | $ 0.00 | $ 49.03 |
| | Total to be paid to timely general unsecured creditors | | $ | 16,874.05 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE