## SERVICE LIST

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Ally Financial f/k/a GMAC
PO Box 130424
Roseville, MN 55113-0004

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Marcial Villaverde
c/o The Prinz Law Firm PC
1 E Wacker Dr., Ste. 550
Chicago, IL 60601

Portfolio Recovery Associates, LLC
Successor to Capital One, National
Association(capital One Bank (USA,N.A.)
POB 41067
Norfolk VA 23541

Christopher & Mary C. Gantz
1320 Wendy Drive
Northbrook, IL 60062

## CERTIFICATE OF SERVICE

I, Phillip D. Levey, an attorney, certify, that on June 2, 2016, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the foregoing Service List by depositing the same in the U.S. Mail in envelopes, with proper postage prepaid.

_____
Phillip D. Levey