# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GANTZ, CHRISTOPHER CARL | § | Case No. 13-22955 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 349,950.00                      Assets Exempt: 4,690.00
*(Without deducting any secured claims)*


Total Distributions to Claimants:  16,874.05      Claims Discharged
                                                  Without Payment:   704,530.61


Total Expenses of Administration:  15,125.95

---

3) Total gross receipts of $ 32,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 32,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 166,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 15,125.95 | 15,125.95 | 15,125.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 538,314.16 | 183,090.50 | 183,090.50 | 16,874.05 |
| **TOTAL DISBURSEMENTS** | $ 704,314.16 | $ 198,216.45 | $ 198,216.45 | $ 32,000.00 |

4) This case was originally filed under chapter 7 on 05/31/2013 . The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/07/2016          By:/s/Phillip D. Levey
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Conveyance Claim | 1141-000 | 32,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$32,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marcial Villaverde c/o The Prinz Law Firm PC 1 E Wacker Dr., Ste. 550 Chicago, IL 60601 | | 166,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 166,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | 2100-000 | NA | 3,950.00 | 3,950.00 | 3,950.00 |
| LEVEY, PHILLIP D. | 2200-000 | NA | 60.95 | 60.95 | 60.95 |
| LEVEY, PHILLIP D. | 3110-000 | NA | 11,115.00 | 11,115.00 | 11,115.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 15,125.95 | $ 15,125.95 | $ 15,125.95 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Credit Dept. P.O. Box 981540 El Paso, TX 79998-1540 | | 2,485.58 | NA | NA | 0.00 |
| | American Express Credit Dept. P.O. Box 981540 El Paso, TX 79998-1540 | | 6,213.97 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 285.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 10,006.00 | NA | NA | 0.00 |
| | Chase Visa Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 14,833.67 | NA | NA | 0.00 |
| | Citibank PO Box 6500 Sioux Falls, SD 57117-6500 | | 1,620.52 | NA | NA | 0.00 |
| | Citicards Po Box 6241 Sioux Falls, SD 57117 | | 1,620.00 | NA | NA | 0.00 |
| | Credit One Bank Po Box 98875 Las Vegas, NV 89193 | | 550.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 5,912.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enhanced Recovery Co L 8014 Bayberry Rd Jacksonville, FL 32256 | | 65.00 | NA | NA | 0.00 |
| | GMAC P.O. Box 380902 Bloomington, MN 55438 | | 1,128.60 | NA | NA | 0.00 |
| | Gmac Automotive Bank 2000 Town Ctr Ste 2200 Southfield, MI 48075 | | 1,129.00 | NA | NA | 0.00 |
| | Gould & Ratner LLP 222 N LaSalle St., Ste. 800 Chicago, IL 60601 | | 30,685.95 | NA | NA | 0.00 |
| | Jeffrey Schroeder 669 Stanford Lane Buffalo Grove, IL 60089 | | 300,000.00 | NA | NA | 0.00 |
| | Mary Gantz 1320 Wendy Drive Northbrook, IL 60062 | | 140,000.00 | NA | NA | 0.00 |
| | Merick Bank Visa PO Box 30537 Tampa, FL 33630-3537 | | 1,177.56 | NA | NA | 0.00 |
| | Orchard Bank MC HSBC Card Services PO Box 71140 Charlotte, NC 28272-1104 | | 524.31 | NA | NA | 0.00 |
| | Patrick Spain 640 Judson Ave Evanston, IL 60202 | | 20,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sw Crdt Sys 5910 W Plano Pkwy Suite 100 Plano, TX 75093 | | 77.00 | NA | NA | 0.00 |
| 000002 | ALLY FINANCIAL F/K/A GMAC | 7100-000 | NA | 1,128.60 | 1,128.60 | 104.01 |
| 000007 | MARCIAL VILLAVERDE | 7100-000 | NA | 166,000.00 | 166,000.00 | 15,298.95 |
| 000009 | MARY C. GANTZ | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000003 | MERRICK BANK | 7100-000 | NA | 1,185.04 | 1,185.04 | 109.22 |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 550.80 | 550.80 | 50.76 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | NA | 6,213.97 | 6,213.97 | 572.69 |
| 000001 | DISCOVER BANK | 7100-900 | NA | 5,912.13 | 5,912.13 | 544.88 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | NA | 531.93 | 531.93 | 49.03 |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 1,568.03 | 1,568.03 | 144.51 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 538,314.16 | $ 183,090.50 | $ 183,090.50 | $ 16,874.05 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-22955 | JPC | Judge: JACQUELINE COX | Trustee Name: | Phillip D. Levey |
| Case Name: | GANTZ, CHRISTOPHER CARL | | | Date Filed (f) or Converted (c): | 05/31/13 (f) |
| | | | | 341(a) Meeting Date: | 07/26/13 |
| For Period Ending: | 08/07/16 | | | Claims Bar Date: | 08/14/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 1320 Wendy Drive, Northbrook IL 60062<br>One-half interest in homestead property held in the form of a tenancy-by-the-entirety held jointly with debtor's wife, Mary Gantz.<br>Debtor Claimed Exemption | 350,000.00 | 182,267.06 | | 0.00 | FA |
| 2. Cash<br>Location: 1320 Wendy Drive, Northbrook IL 60062<br>Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts<br>JPMChase<br>Debtor Claimed Exemption | 130.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts<br>Glenview State Bank<br>Debtor Claimed Exemption | 25.00 | 0.00 | | 0.00 | FA |
| 5. Financial Accounts<br>ING<br>Debtor Claimed Exemption | 35.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods<br>2011 MacBook Pro<br>Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods<br>2009 iMac<br>Debtor Claimed Exemption | 125.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods<br>2008 Sony TV<br>Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 9. Household Goods<br>misc. appliances and electronics | 250.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 13-22955 | JPC | Judge: JACQUELINE COX | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | GANTZ, CHRISTOPHER CARL | | | Date Filed (f) or Converted (c): | 05/31/13 (f) |
| | | | | 341(a) Meeting Date: | 07/26/13 |
| | | | | Claims Bar Date: | 08/14/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 10. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| furniture | | | | | |
| Debtor Claimed Exemption | | | | | |
| 11. Household Goods | 250.00 | 0.00 | | 0.00 | FA |
| tools | | | | | |
| Debtor Claimed Exemption | | | | | |
| 12. Books / Collectibles | 250.00 | 0.00 | | 0.00 | FA |
| books & art | | | | | |
| Debtor Claimed Exemption | | | | | |
| 13. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| clothing | | | | | |
| Debtor Claimed Exemption | | | | | |
| 14. Furs and Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| watch & wedding ring | | | | | |
| Debtor Claimed Exemption | | | | | |
| 15. Firearms and Hobby Equipment | 350.00 | 0.00 | | 0.00 | FA |
| camping & fishing equipment | | | | | |
| Debtor Claimed Exemption | | | | | |
| 16. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 47.5% S1 Audio LLC (defunct company) | | | | | |
| Debtor Claimed Exemption | | | | | |
| 17. Boats and Accessories | 250.00 | 0.00 | | 0.00 | FA |
| 1980 canoe | | | | | |
| Debtor Claimed Exemption | | | | | |
| 18. Office Equipment | 25.00 | 0.00 | | 0.00 | FA |
| printer & binder | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-22955 | JPC | Judge: JACQUELINE COX | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | GANTZ, CHRISTOPHER CARL | | | Date Filed (f) or Converted (c): | 05/31/13 (f) |
| | | | | 341(a) Meeting Date: | 07/26/13 |
| | | | | Claims Bar Date: | 08/14/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption<br>19. Fraudulent Conveyance Claim<br>Claim re debtor's pre-petition transfer of homestead property, co-owned with spouse, commonly known as 1320 Wendy Drive, Northbrook IL, into tenancy by entirety. | 0.00 | 32,000.00 | | 32,000.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $354,640.00 | $214,267.06 | | $32,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR hearing on 6-30-16.

Initial Projected Date of Final Report (TFR): 11/30/15     Current Projected Date of Final Report (TFR): 05/26/16

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 19.06a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-22955 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | GANTZ, CHRISTOPHER CARL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5166 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3263 | | | |
| For Period Ending: | 08/07/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/04/16 | 19 | Christopher C. Gantz<br>1320 Wendy Drive<br>Northbrook, IL | SETTLEMENT | 1141-000 | 32,000.00 | | 32,000.00 |
| 07/09/16 | 010001 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL  60614 | Trustee Compensation | 2100-000 | | 3,950.00 | 28,050.00 |
| 07/09/16 | 010002 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL  60614 | Trustee Expenses | 2200-000 | | 60.95 | 27,989.05 |
| 07/09/16 | 010003 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL  60614 | Attorney for Trustee Fees (Trustee | 3110-000 | | 11,115.00 | 16,874.05 |
| 07/09/16 | 010004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 9.21631% | 7100-900 | | 544.88 | 16,329.17 |
| 07/09/16 | 010005 | Ally Financial f/k/a GMAC<br>PO Box 130424<br>Roseville, MN 55113-0004 | Claim 000002, Payment 9.21584% | 7100-000 | | 104.01 | 16,225.16 |
| 07/09/16 | 010006 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Claim 000003, Payment 9.21657% | 7100-000 | | 109.22 | 16,115.94 |
| 07/09/16 | 010007 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 9.21617%<br>(4-1) CREDIT CARD DEBT<br>(4-1)<br>Modified on 7.24.2014 to correct creditor's address (MG) | 7100-900 | | 572.69 | 15,543.25 |
| 07/09/16 | 010008 | PYOD, LLC | Claim 000005, Payment 9.21569% | 7100-000 | | 50.76 | 15,492.49 |

Page Subtotals      32,000.00      16,507.51

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2     Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD    Exhibit 9

| Case No: | 13-22955 -JPC | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | GANTZ, CHRISTOPHER CARL | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******5166 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3263 |  |  |
| For Period Ending: | 08/07/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/09/16 | 010009 | Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>PYOD, LLC | Claim 000006, Payment 9.21602% | 7100-900 |  | 144.51 | 15,347.98 |
| 07/09/16 | 010010 | Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>Marcial Villaverde<br>c/o Amit Bindra<br>The Prinz Law Firm PC<br>1 E Wacker Dr., Ste. 550<br>Chicago, IL 60601 | Claim 000007, Payment 9.21623% | 7100-000 |  | 15,298.95 | 49.03 |
| 07/09/16 | 010011 | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE, NATIONAL<br>ASSOCIATION(CAPITAL ONE BANK<br>(USA),N.A.)<br>POB 41067<br>Norfolk VA 23541 | Claim 000008, Payment 9.21738% | 7100-900 |  | 49.03 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 32,000.00 | 32,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 32,000.00 | 32,000.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 32,000.00 | 32,000.00 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking Account (Non-Interest Earn - ********5166 | 32,000.00 | 32,000.00 | 0.00 |
|  | 32,000.00 | 32,000.00 | 0.00 |

Page Subtotals    0.00    15,492.49

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-22955 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | GANTZ, CHRISTOPHER CARL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5166 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3263 | | |
| For Period Ending: | 08/07/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*